## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | |
| | * | **Case No. 24-cr-486-BAH** |
| **JOURNIE WILLIS** | * | |
| | * | |
| **Defendant.** | * | |

## <u>MOTION TO WITHDRAW AS COUNSEL</u>

Defendant Journie Willis, by and through counsel, Michael E. Lawlor, Adam C. Demetriou, and Brennan, McKenna & Lawlor, Chtd., respectfully submits this Motion to Withdraw as Counsel. In support of this Motion, counsel state as follows.

1.     On February 6, 2025, Ms. Willis was charged in a Superseding Indictment with the following offenses: carjacking and aiding and abetting (Count One); and using, carrying, possessing, and brandishing a firearm during a crime of violence and aiding and abetting (Count Two). (ECF No. 17.) On February 13, 2025, Ms. Willis was arrested at her home by members of law enforcement. (ECF No. 21.) The next day, Ms. Willis appeared before Judge Faruqui for an initial appearance. At that time, the undersigned counsel were appointed to represent Ms. Willis. On February 19, 2025, Ms. Willis appeared for a detention hearing and arraignment. At the conclusion of that hearing, Judge Faruqui issued a proposed order setting conditions of release. (ECF No. 30.) At a hearing on February 21, 2025, this Court affirmed Judge Faruqui's decision to order Ms. Willis' release pending trial. A status

conference is set for June 12, 2025 at 9:30 a.m. At this time, the undersigned respectfully move to withdraw as counsel in this case. The undersigned also request that the Court appoint new counsel to represent Ms. Willis.

2.     The undersigned counsel submit that there has been a complete and irreparable breakdown in the attorney-client relationship. The state of the attorney-client relationship precludes effective communication and is therefore untenable. The undersigned counsel believe that Ms. Willis' interests would be best served by the appointment of new counsel.

3.     On June 7, 2025, the undersigned counsel met with Ms. Willis and her family members and discussed their intention to file a motion to withdraw as counsel. Ms. Willis has previously qualified for the appointment of counsel and respectfully requests that the Court appoint new counsel to represent her.

4.     For these reasons, the undersigned counsel respectfully request that this Court permit them to withdraw from this case. The undersigned further request that the Court appoint new counsel to represent Ms. Willis.

Respectfully submitted,

/s/

_____

Michael E. Lawlor
Adam C. Demetriou
Brennan, McKenna & Lawlor, Chtd.
6305 Ivy Lane, Suite 700
Greenbelt, Maryland 20770
301.474.0044
mlawlor@brennanmckenna.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 10, 2025 a copy of the foregoing was sent to the United States Attorney's Office for the District of Columbia, via ECF. I also certify that a copy of the foregoing will be sent to Ms. Willis via email.

/s/

_____

Michael E. Lawlor