UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOURNIE WILLIS,<br><br>    Defendant. | CRIMINAL NO. 24-CR-486-03 (BAH) |

**GOVERNMENT'S RESPONSE TO DEFENDANT JOURNIE WILLIS'S MOTION FOR BOND REVIEW**

On June 20, 2025, the Defendant, Journie Willis, filed a Motion for Bond Review seeking modification of her conditions of release to permit her to work in the 2025 Mayor Marion S. Barry Summer Youth Employment Program. ECF No. 47. On June 24, 2025, Ms. Willis filed a Notice supplementing her Motion for Bond Review, requesting that her conditions of release be modified to permit her to attend the Ballou-Stay summer school program. ECF No. 49. For the reasons discussed below, the Government does not oppose modifying Ms. Willis's release conditions to permit her to attend summer school.

While it remains the Government's position that Ms. Willis should be detained pending trial due to the serious nature of the offenses with which she is charged, given that Ms. Willis has been released to home incarceration and has complied with her release conditions to date, the Government does not oppose modification of Ms. Willis's release conditions to permit her to attend summer school. Specifically, the Government does not oppose Ms. Willis being placed on home detention with permission to leave her home for the purpose of attending the Ballou-Stay summer school program. The Government requests that the Court require Ms. Willis be transported to and from the summer school program by one of her approved third-party custodians to ensure Ms. Willis's continued compliance with her release conditions and to ensure the safety of the

1

community, in addition to any other requirements proposed by the Pretrial Services Agency for the District of Columbia.

                Respectfully submitted,

                JEANINE FERRIS PIRRO
                UNITED STATES ATTORNEY

                */s/ Benjamin Helfand*
                Benjamin Helfand
                D.C. Bar No. 1658708
                Assistant United States Attorney
                601 D Street NW
                Washington, D.C. 20530
                202-252-7059
                Benjamin.Helfand@usdoj.gov