IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 24-CR-486 |
| : | |
| TERRELL EDMONDSON : | |
| : | |
| **Defendant.** : | |
| : | |

## MOTION TO CONTINUE SENTENCING HEARING

NOW COMES counsel for the Defendant, Terrell Edmondson, requesting that this Court continue the presently scheduled sentencing date in this matter. On August 31, 2025, Mr. Edmondson appeared before this court for the purpose of a change of plea hearing. After the Rule 11 Colloquy and the acceptance of his plea, sentencing was scheduled for November 14, 2025. Counsel for the Defendant has been in trial before the Honorable Judge Griggsby in and before the United States District Court for the District of Maryland in Greenbelt in the matter of the United States v. Mark Johnson, Jr.. As such the presentence investigation interview was conducted on September 22, 2025. Probation is in need of additional time to complete the investigation and to prepare the draft report.

WHEREFORE, counsel for Mr. Edmondson requests that the presently scheduled Sentencing Hearing be continued to a date convenient to the court and the parties.

Respectfully Submitted,

/s/Brian K. McDaniel_____
Brian K. McDaniel, Esq.
The Cochran Firm CD/CRS
1001 L. Street SE

Washington, D.C. 20003  
Telephone 202-331-0793  
bkmassociates@aol.com  
Atty. ID 452807

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that the foregoing Motion for Continuance of Sentencing Date has been served upon all interested parties on this 23nd day of September, 2025.

/s/Brian K. McDaniel_____  
Brian K. McDaniel, Esq.